UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                      Case No. 8:09-cr-100-T-30MAP

HAYWARD FEASTER,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion (Doc. 29) for a Preliminary Order of Forfeiture which, at sentencing, shall become a final order of forfeiture as to defendant Hayward Feaster's right, title, and interest in the following:

    a.    $60,268 in U.S. currency;

    b.    One Glock, 9mm semi-automatic pistol;

    c.    One Cobray-Leinad, 9mm semi-automatic pistol;

    d.    One Keltec, 9mm semi-automatic pistol; and

    e.    All ammunition.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between offenses charged in Counts One through Three of the Indictment and the property sought for forfeiture. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 29) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Hayward Feaster in the referenced firearms, ammunition, and currency is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on October 26, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-100.forfeit 29.wpd