UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:09-cr-100-T-30MAP

HAYWARD FEASTER

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 54) by the United States for a Final Judgment of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. § 853(n)(7), 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), for the $60,268 in United States currency.

1. On October 26, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 30), forfeiting to the United States of America all right, title, and interest of defendant Hayward Feaster in the currency listed above.

2. On October 29, 2009, defendant Hayward Feaster was sentenced, and the $60,268 in United States currency was found subject to forfeiture and included in the Judgment. (Docs. 33 and 34).

3. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the currency, on the official government website, www.forfeiture.gov, from November 3, 2009

through December 2, 2009. (Doc. 45). The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4. No persons or entities, other than the defendant Hayward Feaster, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture is known to have an interest in the currency. No third party has filed a Petition of Ownership, and the time for filing such Petition has expired.

5. The Court finds that the $60,268 in United States currency is the property of defendant Hayward Feaster.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 54) is GRANTED. It is FURTHER ORDERED that all right, title and interest in the $60,268 in United States currency is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 21 U.S.C. § 853(n)(7), 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), for disposition according to law.

Clear title to the currency is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on January 4, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-100.forfeit 54.wpd